KEVIN H. BRECK, ISB No. 9386
WINSTON & CASHATT, LAWYERS
250 Northwest Boulevard, Suite 206
Coeur d'Alene, Idaho  83814
Telephone: (208) 667-2103
Facsimile:  (208) 765-2121
khb@winstoncashatt.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT, DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| LONG ROCKWOOD VII, LLC, a California limited liability company, KING ROCKWOOD VII, LLC, a California limited liability company, and HOROWITZ LIMITED PARTNERSHIP VII, a California partnership,<br><br>                                                    Plaintiffs,<br><br>     vs.<br><br>ROCKWOOD LODGE, LLC, an Idaho limited liability company, ROCKWOOD LODGE II, LLC, an Idaho limited liability company, JAMES M. FRANK, GARY SCHNEIDMILLER, KEVIN SCHNEIDMILLER, JMF MANAGEMENT, LLC, a Washington limited liability company, SUSAN SCHNEIDMILLER, JASON WHEATON, JENNIFER WHEATON, ROSS SCHNEIDMILLER, KELLI SCHNEIDMILLER, BIG ROCK CAPITAL, LLC, a Washington limited liability company, JOHN SCANDALIS, CHERIE SCANDALIS, MIKE PROTEAU, ROSALIE PROTEAU, ROB | Case No.  14-CV-00318-REB<br><br>FIRST AMENDED COMPLAINT FOR:<br>     1.     Breach of Contract<br>     2.     Failure to Warn<br>     3.     Fraudulent Concealment<br>     4.     Fraud<br>     5.     Personal Liability of Members |

596784
FIRST AMENDED COMPLAINT: 1



LAMBERT, LAURA LAMBERT, JEFF DUNCAN, MARY DUNCAN, CASEY MASON, AMY MASON, MARK JOHNSON, ANNETTE JOHNSON, GREENSTONE-KOOTENAI, INC. an Idaho corporation, MATTHEW FRANK, STEPHANIE E. DE LA ROSA, JOSEPH M. FRANK, and ROBERT T. FRANK,

Defendants.

## PARTIES

1.1   Plaintiff Long Rockwood VII, LLC is a California limited liability corporation and a purchaser of the Rockwood Lodge Apartments. Long Rockwood VII, LLC is authorized to transact business in the state of Idaho.

1.2   Plaintiff King Rockwood VII, LLC is a California limited liability corporation and a purchaser of the Rockwood Lodge Apartments. King Rockwood VII, LLC is authorized to transact business in the state of Idaho.

1.3   Plaintiff Horowitz Limited Partnership VII is a California limited partnership and a purchaser of the Rockwood Lodge Apartments. Horowitz Limited Partnership VII is authorized to transact business in the state of Idaho.

1.4   Defendant Rockwood Lodge, LLC is an Idaho limited liability company. Rockwood Lodge was administratively dissolved on October 4, 2012.

1.5   Defendant Rockwood Lodge II, LLC is an Idaho limited liability company. Rockwood Lodge II, LLC was administratively dissolved on July 11, 2012.

596784
FIRST AMENDED COMPLAINT: 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

1.6 Rockwood Lodge, LLC and Rockwood Lodge II, LLC shall henceforth be identified as "Sellers."

1.7 Defendant James M. Frank has conducted business in Idaho by virtue of his memberships in Rockwood Lodge, LLC and Rockwood Lodge II, LLC. Mr. Frank is also the manager of Rockwood Lodge, LLC. He is a resident of Spokane County, Washington.

1.8 Defendant Gary Schneidmiller has conducted business in Idaho by virtue of his memberships in Rockwood Lodge, LLC and Rockwood Lodge II, LLC. He is a resident of Kootenai County, Idaho.

1.9 Defendants Kevin Schneidmiller and Susan Schneidmiller are husband and wife, and have conducted business in Idaho by virtue of their membership in Rockwood Lodge, LLC. They are residents of Kootenai County, Idaho.

1.10. Defendant JMF Management, LLC is a Washington limited liability company which conducts business in Kootenai County, Idaho. JMF Management is a manager of Rockwood Lodge II, LLC and is a member. Mr. James M. Frank is a governing person of JMF Management.

1.11 Defendants Jason Wheaton and Jennifer Wheaton are husband and wife, and have conducted business in Idaho by virtue of their memberships in Rockwood Lodge, LLC, and Rockwood Lodge II, LLC. They are residents of Spokane County, Washington.

1.12 Defendants Ross Schneidmiller and Kelli Schneidmiller are husband and wife, and have conducted business in Idaho by virtue of their membership in Rockwood Lodge, LLC. They are residents of Kootenai County, Idaho.

596784
FIRST AMENDED COMPLAINT: 3



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

1.13 Defendant Big Rock Capital, LLC is a Washington limited liability company which conducts business in Kootenai County, Idaho by virtue of its memberships in Rockwood Lodge, LLC and Rockwood Lodge II, LLC.

1.14 Defendants John Scandalis and Cherie Scandalis are husband and wife, and have conducted business in Idaho by virtue of their membership in Rockwood Lodge, LLC. They are residents of Spokane County, Washington.

1.15 Defendant John Scandalis has conducted business in Idaho by virtue of his membership in Rockwood Lodge II, LLC. He is a resident of Spokane County, Washington.

1.16 Defendants Mike Proteau and Rosalie Proteau are husband and wife, and have conducted business in Idaho by virtue of their membership in Rockwood Lodge, LLC. They are residents of Spokane County, Washington.

1.17 Defendants Rob Lambert and Laura Lambert are husband and wife, and have conducted business in Idaho by virtue of their membership in Rockwood Lodge, LLC. They are residents of Kootenai County, Idaho.

1.18 Defendants Jeff Duncan and Mary Duncan are husband and wife, and have conducted business in Idaho by virtue of their membership in Rockwood Lodge, LLC. They are residents of Spokane County, Washington.

1.19 Defendant Mary Duncan has conducted business in Idaho by virtue of her membership in Rockwood Lodge II, LLC. She is a resident of Spokane County, Washington.

596784
FIRST AMENDED COMPLAINT: 4



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

1.20    Defendants Casey Mason and Amy Mason are husband and wife, and have conducted business in Idaho by virtue of their membership in Rockwood Lodge, LLC.  They are residents of Spokane County, Washington.

1.21    Defendants Mark Johnson and Annette Johnson are husband and wife, and have conducted business in Idaho by virtue of their membership in Rockwood Lodge, LLC.  They are residents of Kootenai County, Idaho.

1.22    Defendant Greenstone-Kootenai, Inc. is an Idaho corporation which conducts business in Kootenai County, Idaho and has conducted business in Idaho by virtue of its membership in Rockwood Lodge II, LLC.

1.23    Defendant Matthew Frank has conducted business in Idaho by virtue of his membership in Rockwood Lodge II, LLC.  He is a resident of King County, Washington.

1.24    Defendant Stephanie E. De La Rosa has conducted business in Idaho by virtue of her membership in Rockwood Lodge II, LLC.  She is a resident of Spokane County, Washington.

1.25    Defendant Joseph M. Frank has conducted business in Idaho by virtue of his membership in Rockwood Lodge II, LLC.  He is a resident of Spokane County, Washington.

1.26    Defendant Robert T. Frank has conducted business in Idaho by virtue of his membership in Rockwood Lodge II, LLC.

**JURISDICTION AND VENUE**

2.1    All of the Defendants are either residents of Kootenai County, Idaho, and/or conduct business in Kootenai County, Idaho.  In addition, the property which is the subject of this litigation is located in the City of Coeur d'Alene, Idaho.

596784
FIRST AMENDED COMPLAINT: 5



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

2.2  This Court has jurisdiction over the parties pursuant to 28 USC §1332(a)(1).

2.3  Venue is appropriate in this Court pursuant to 28 USC §1391(b)(2).

2.4  The amount in controversy exceeds $75,000, exclusive of interests and costs.

**FACTS**

3.1  Plaintiffs reallege and incorporate by reference paragraphs 1.1 to 2.3 of this Complaint as though fully set forth herein.

3.2  Plaintiffs purchased the Rockwood Lodge Apartments from Sellers pursuant to a Commercial & Investment Real Estate Purchase and Sale Agreement.  The purchase closed on or about September 29, 2011.  The Rockwood Lodge Apartments are located at 2001 West Voltaire Lane, Coeur d'Alene, Idaho.

3.3  Upon information and belief, the Apartments were constructed by Greenstone Construction, LLC, a Washington limited liability company doing business in Idaho.

3.4  Mr. Frank is a governing person of Greenstone Construction, LLC.

3.5  Upon information and belief, Kevin Schneidmiller is a member of Greenstone Construction, LLC.

3.6  The Apartments were built in two phases.  Phase 1 consists of 30 buildings and was completed in 2001.  Phase 2 consists of 10 buildings and was completed in 2006.

3.7  Each building is two stories, comprised of a ground floor and second floor units.

3.8  Each of the ground floor units has an outdoor poured concrete patio.

3.9  All of the second floor units have decks of varying design.

596784
FIRST AMENDED COMPLAINT: 6

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

3.10  Approximately 100 decks are similarly constructed: wooden joists covered by plywood, topped by a poured concrete pad.  The sides and undersides of the decks are covered by siding.

3.11  Unknown to Plaintiffs, those 100 decks were constructed without a waterproof membrane between the concrete pad and the plywood, without flashings, without sealing the control joint in the concrete pad, and without sloping the concrete pad away from the building.

3.12  The construction of the 100 decks did not comply with building code requirements in place at the time of their construction.

3.13  On July 1, 2011, Greenstone, acting on behalf of Sellers, gave a letter to Plaintiffs, which provided in part:

> This letter is to inform the buyers of Rockwood Lodge, LLC and Rockwood Lodge II, LLC of property conditions and maintenance items.
>
> **Potential Deck Water Penetration:**  This is associated with the concrete decks on the newer phase.  Sealing will help prevent the possibility of water penetration through the surface of the deck.  While there has been little problem to date at Rockwood Lodge, there is potential for water to penetrate and become trapped between the under surface of the deck and the bottom enclosure of the deck causing problems.

The July 1, 2011 letter was signed by Jim Frank, Managing Partner, Rockwood Lodge, LLC.  See Exhibit A.

3.14  Unbeknownst to Plaintiffs, the faulty construction of the decks permitted water to intrude between the under surface of the deck and the bottom enclosure of the deck, causing damage to the interior structure, which was hidden by the siding.

596784
FIRST AMENDED COMPLAINT: 7



3.15   Plaintiffs did not become aware of the water intrusion and the resulting damage until on or about March 14, 2014.

3.16   Upon learning of the potential problems with the decks, Plaintiffs began an inspection of all of the 100 decks. The inspection of the decks will require removal of all of the siding on all 100 decks. To date, five (5) decks have been identified which are so badly damaged that they are in danger of collapsing and must be immediately replaced. Further, all 100 decks will require destructive inspection and all will require some repair, and perhaps replacement. Representative photos of the decks are attached as <u>Exhibit B</u>.

3.17   While the decks are being repaired or replaced on the second floor, tenants will be denied access to the decks. In addition, first floor tenants may be denied access to their patios that sit beneath decks that are being repaired or replaced.

3.18   Plaintiffs have and will incur damages resulting from the need to repair or replace the decks, from rent concessions to tenants to compensate them for the loss of the use of their decks and/or patios, and from the reduced marketability of the Apartments while repairs are underway.

3.19   Greenstone's knowledge regarding the construction of the decks should be imputed to Rockwood Lodge, LLC and Rockwood Lodge II, LLC. As a result, Sellers knew or should have known that the decks were improperly constructed and susceptible to water intrusion and resulting damage.

3.20   Because Rockwood Lodge, LLC and Rockwood Lodge II, LLC have been administratively dissolved, the members of the LLCs are liable to Plaintiffs to the extent of their respective distributions. I.C. §30-6-704.

596784
FIRST AMENDED COMPLAINT: 8

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

## COUNT I: BREACH OF CONTRACT

4.1     Plaintiffs reallege and incorporate by reference paragraphs 1.1 to 3.20 of this Complaint as though fully set forth herein.

4.2     Plaintiffs have fully complied with the Purchase and Sale Agreement and all prerequisites to maintain this action.

4.3     Sellers owed Plaintiffs a duty of good faith and fair dealing in entering into the Purchase and Sale Agreement.

4.4     In failing to disclose to Buyers that the construction of the decks were deficient and did not meet relevant building codes, Sellers breached their duty of good faith and fair dealing.

4.5     Plaintiffs have been damaged as a result of Defendants' breach in an amount to be determined at trial, including the cost to repair or replace the decks, lost income from tenant concessions, and reduced marketability of the Apartments.

## COUNT II: FAILURE TO WARN

5.1     Plaintiffs reallege and incorporate by reference paragraphs 1.1 to 4.5 of this Complaint as though fully set forth herein.

5.2     The concealed water damage to the decks represents an unreasonably dangerous condition existing on the property.

5.3     Defendants were under a duty to disclose to Plaintiffs any hidden defects which Defendants knew or reasonably should have known might present an unreasonable risk of harm to persons on the premises, which Seller could anticipate that Plaintiffs will not discover.

596784
FIRST AMENDED COMPLAINT: 9



5.4     Defendants knew or should have known of the faulty construction of the decks. They also knew or should have known that the faulty construction represented an unreasonable risk of harm to persons on the premises. Further, Defendants should have anticipated that Plaintiffs would not discover the unreasonably dangerous condition.

5.5     As a result of Defendants' failure to warn the Plaintiffs of the concealed defects in the decks, Plaintiffs have been damaged in an amount to be determined at trial, including the cost to repair or replace the decks, lost income from tenant concessions, and reduced marketability of the Apartments.

## COUNT III: FRAUDULENT CONCEALMENT

6.1     Plaintiffs reallege and incorporate by reference paragraphs 1.1 to 5.5 of this Complaint as though fully set forth herein.

6.2     Fraud may be established by silence where the defendant had a duty to speak. A duty to speak exists in the following circumstances: (1) in order to prevent a partial statement of facts from being misleading; and (2) if a fact known by one party and not the other is so vital that if the mistake were mutual, the contract would be voidable, and the party knowing the fact also knows that the other does not know it.

6.3     In Greenstone's July 1, 2011 letter (<u>Exhibit A</u>), Sellers disclosed that there was a possibility of water penetration through the surface of the deck, and represented that there had been "little problem to date." This statement was a partial statement of the facts and was misleading, because it failed to disclose that a waterproof membrane had not been installed between the concrete pad and the plywood underlayer, that the decks had been constructed without flashings, that the

596784
FIRST AMENDED COMPLAINT: 10



concrete was not properly sloped, that control joints had not been sealed, or that the deck construction failed to meet the applicable building codes.

6.4    Defendants also had a duty to speak because the fact of the faulty deck construction was known only to Defendants, that fact was so vital that if Plaintiffs had been aware of that fact, the Purchase and Sale Agreement would have been voidable, and further, Defendants knew that Plaintiffs were not aware of the faulty decks.

6.5    As a result of Defendants' failure to disclose the condition of the decks, Plaintiffs have been damaged in an amount to be determined at trial, including the cost to repair or replace the decks, lost income from tenant concessions, and reduced marketability of the Apartments.

## COUNT IV: FRAUD

7.1    Plaintiffs reallege and incorporate by reference paragraphs 1.1 to 6.5 of this Complaint as though fully set forth herein.

7.2    In Greenstone's July 1, 2011 letter (Exhibit A), Sellers represented that there was a "possibility of water penetration through the surface of the deck" and that there had been "little problem to date" with the decks.

7.3    Defendants' statement was false in that due to the lack of a waterproof membrane, lack of flashing, and lack of control joint sealing, it was virtually certain that water would penetrate the decks.

7.4    This statement was material.

7.5    The Defendants knew or should have known that the statement was false at the time that it was made.

596784
FIRST AMENDED COMPLAINT: 11



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

7.6 Plaintiffs did not know that the statement was false.

7.7 Defendants intended for Plaintiffs to rely upon the statement and act upon it in a manner reasonably contemplated.

7.8 Plaintiffs did rely upon the truth of the statement.

7.9 The Plaintiffs' reliance was reasonable under all the circumstances.

7.10 The Plaintiffs suffered damages proximately caused by reliance on Defendants' false statement.

7.11 Plaintiffs have been damaged in an amount to be determined at trial, including the cost to repair or replace the decks, lost income from tenant concessions, and reduced marketability of the Apartments.

## COUNT II: PERSONAL LIABILITY OF MEMBERS

8.1 Plaintiffs reallege and incorporate by reference paragraphs 1.1 to 7.11 of this Complaint as though fully set forth herein.

8.2 Rockwood Lodge, LLC and Rockwood Lodge VII, LLC have both been administratively dissolved.

8.3 If the assets of the two companies have been distributed, then their members or transferees are liable for their proportionate share of the claim.

## PRAYER FOR RELIEF

WHEREFORE, having set forth its causes of action against Defendants, Plaintiffs pray for relief as follows:

596784
FIRST AMENDED COMPLAINT: 12



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

1. For judgment in favor of Plaintiffs for all claims against Defendants in the amount proven to be owed at trial, but in excess of the jurisdictional limit of $75,000;

2. For an award of attorneys fees pursuant to I.C. §12-120 and costs pursuant to I.R.C.P. 54(d)(1); and

3. For such further and additional relief as the Court deems just and equitable.

DATED this 19th day of NOVEMBER, 2014.

/s/Kevin H. Breck, ISBA No. 9386
WINSTON & CASHATT, LAWYERS
Attorney for Plaintiffs

596784
FIRST AMENDED COMPLAINT: 13



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of November, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing: will send electronic notification of such filing to the following:

| | |
|---|---|
| Michael A. Maurer mmaurer@lukins.com<br>Michael G. Schmidt mschmidt@lukins.com<br>Jonathon D. Hallin jhallin@lukins.com<br><br>Attorneys for Defendants | |

/s/Kevin H. Breck, ISBA No. 9386
WINSTON & CASHATT, LAWYERS,
a Professional Service Corporation
Attorneys for Plaintiffs

250 Northwest Boulevard, Suite 206
Coeur d' Alene, Idaho  83814
Telephone: (208) 667-2103
Facsimile: (208) 765-2121
E-mail Address:  khb@winstoncashatt.com

596784
FIRST AMENDED COMPLAINT: 14



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103